IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARKANSAS ASSOCIATION OF THE DEAF**                                                     **PLAINTIFF**

**v.**                      **CASE NO. 4:25-CV-273-KGB**

**JACOB OLIVA, IN HIS OFFICIAL
CAPACITY AS COMMISSIONER AND
SECRETARY OF THE ARKANSAS DEPARTMENT
OF EDUCATION, ET AL.**                                       **DEFENDANTS**

## NOTICE OF APPEARANCE

      Senior Assistant Attorney General Laura Purvis respectfully enters her appearance as counsel for Jacob Oliva, in his official capacity as Commissioner and Secretary of the Arkansas Department of Education, and the members of the Arkansas Board of Education ("Board"), in their official capacities as members of the Board. She further requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted to practice in this Court.

                                                      Respectfully submitted,

                                                      TIM GRIFFIN
                                                      Attorney General

                By:    Laura Purvis | Ark. Bar No. 2023239
                         Assistant Attorney General
                         Arkansas Attorney General's Office
                         323 Center Street, Suite 200
                         Little Rock, AR 72201
                         Phone:  (501) 320-3085
                         Fax:    (501) 682-2591
                         Email:  laura.purvis@arkansasag.gov

                         *Attorneys for Defendants*