**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ARKANSAS ASSOCIATION OF THE DEAF**                                        **PLAINTIFF**

**v.**                                        **Case No. 4:25-cv-00273-KGB**

**JACOB OLIVA, in his official capacity**
**as the Commissioner of the Arkansas Department of Education's**
**Division of Elementary and Secondary Education**
**and Secretary of the Arkansas**
**Department of Education,** *et al.*                                        **DEFENDANTS**

**<u>ORDER</u>**

Before the Court is plaintiff Arkansas Association of the Deaf's ("Association") motion to withdraw motion for preliminary injunction (Dkt. No. 14). On March 20, 2025, the Association filed its motion for preliminary injunction (Dkt. No. 2). On April 3, 2025, this Court granted the Association's request to conduct a hearing on its motion for preliminary injunction, and the Court scheduled the hearing on the motion for preliminary injunction for May 2, 2025, at 9:00 a.m. C.S.T. (Dkt. No. 4).

The Association now seeks to withdraw its motion for preliminary injunction and requests that the Court vacate its Order setting a hearing on the motion for preliminary injunction for May 2, 2025 (Dkt. No. 14). The Association sets forth its reasons for this request in its filing.

For good cause shown, the Court grants the Association's motion to withdraw motion for preliminary injunction (Dkt. No. 14). The motion for preliminary injunction is withdrawn, and the Court removes the May 2, 2025, hearing from its calendar (Dkt. No. 4).

It is so ordered this 25th day of April, 2025.

_____
Kristine G. Baker
Chief United States District Judge