## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ARKANSAS ASSOCIATION OF THE DEAF,** *et al.*                    **PLAINTIFFS**

**v.**                          **Case No. 4:25-cv-00273-KGB**

**JACOB OLIVA, in his official capacity**
**as the Commissioner of the Arkansas Department of Education's**
**Division of Elementary and Secondary Education**
**and Secretary of the Arkansas**
**Department of Education,** *et al.*                    **DEFENDANTS**

## ORDER

Before the Court are plaintiffs Arkansas Association of the Deaf, LaHollis Hill, and Lana Rogers's (collectively "Plaintiffs") motion for a continuance of all remaining dates (Dkt. No. 33). Defendants responded in limited opposition to Plaintiffs' motion for a continuance of all remaining dates (Dkt. No. 35). Plaintiffs seek a continuance of all remaining dates in the Court's Amended Final Scheduling Order based on what Plaintiffs allege is the discovery of additional documents that were not discovered until a deposition taken in the case on June 16, 2026 (Dkt. No. 33, ¶ 5). Defendants' response disputes the characterization of the factual record leading up to Plaintiffs' motion (Dkt. No. 35). However, defendants do not oppose a limited extension of the deadlines in the Court's Second Amended Final Scheduling Order (Dkt. No. 35, at 6; *see* Dkt. No. 34).[1] Defendants' response proposes extending specific deadlines set forth in the Court's Second Amended Final Scheduling Order (Dkt. No. 35; *see* Dkt. No. 34). Counsel for Plaintiffs confirmed via informal correspondence with the Court that Plaintiffs agree to the extended deadlines proposed by defendants in their response to the motion.

---

[1] The Court entered its Second Amended Final Scheduling Order on June 24, 2026, while Plaintiffs' motion for a continuance of all remaining dates was pending and before defendants filed their response (Dkt. No. 34).

For good cause shown, the Court grants, in part, and denies, in part, Plaintiffs' motion for continuance of all remaining dates (Dkt. No. 33).  The Court grants Plaintiffs' motion and extends the following deadlines in the Court's Second Amended Final Scheduling Order:

- The discovery deadline is extended to, and including, July 16, 2026.

- The deadline for filing all motions, except motions for class certification and motions *in limine* is extended to, and including, July 23, 2026.

- The deadline for filing motions pursuant to *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), is extended to, and including, July 23, 2026.

The Court denies Plaintiffs' motion to the extent that it seeks to extend all other deadlines in the Court's Second Amended Final Scheduling Order (Dkt. No. 33).  All other deadlines in the Court's Second Amended Final Scheduling Order remain in full force and effect, including the trial date which remains set for the week of September 28, 2026 (Dkt. No. 34)

It is so ordered this 26th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge

2